**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | |
|---|---|
| **DORA CARDENAS** § | |
|     **Plaintiff** § | |
| § | |
| **V.** § | **CIVIL ACTION NO: 2:16-cv-00014** |
| § | |
| **WAL-MART STORES, INC.,** § | |
| **WAL-MART STORES TEXAS, LLC** § | |
| **AND WAL-MART REAL ESTATE** § | |
| **BUSINESS TRUST** § | |
|     **Defendant** § | |

**DEFENDANT WAL-MART STORES TEXAS, LLC,
INCORRECTLY NAMED WAL-MART STORES, INC.,
AND WAL-MART REAL ESTATE BUSINESS TRUST,
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446(a) DIVERSITY**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that Defendant, WAL-MART STORES TEXAS, LLC,

HEREBY REMOVES TO THIS Court the state court action described below:

1. On February 6, 2017, Plaintiff sued Defendant for personal injury claims in the 365th Judicial District Court of the State of Texas in and for Maverick County, Texas, entitled DORA CARDENAS vs. WAL-MART STORES, INC., WAL-MART STORES TEXAS, LLC, AND WAL-MART REAL ESTATE BUSINESS TRUST ("Wal-Mart"), as Cause Number 17-02-33911-MCVAJA. A copy of Plaintiff's Original Petition is attached hereto as Exhibit "A".

2. Defendant was served with suit on February 21, 2017.

3. Defendant filed an Original Answer on February 24, 2017, a copy of which is attached hereto as Exhibit "B".

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1332 (a) in that it is a civil action between citizens of states other than Texas and citizens or subjects of a foreign state, and the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs. Plaintiff's claims are based on alleged injuries suffered by DORA CARDENAS, who fell on Defendant's premises.

5. Defendant is informed and believes that Plaintiff is a resident of the State of Texas based on statements contained in Plaintiff's Original Petition. The incident made the basis of this lawsuit occurred in Bexar County, Texas. Defendant was at the time of the filing of this action, and still is, a citizen of Arkansas, being incorporated under the laws of the State of Arkansas and having its principal place of business in the State of Arkansas. Defendant is a citizen of Arkansas because it is a limited liability company organized under the laws of Arkansas and because none of its members are residents of the state of Texas. For purposes of determining diversity of citizenship, a limited liability company is deemed a citizen of the states where its members are citizens. *See Basurto* v. *Mervyn's, LLC,* 2007 WL 390711 at * 1 (N.D. Tex.2007).

6. Defendant is removing this case within the 30 day period stipulated by the rules.

7. All pleadings, process, orders, and all other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a).

8. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place in which the removed action has been pending.

9. Defendant will promptly file a copy of this notice of removal with the clerk of the state court in which the action is pending.

10. In accordance with 28 U.S.C. §1441(a), this matter is being removed to U.S. District Court for the Western District of Texas, Del Rio Division because this court is the court for the district and division embracing the place where such action is pending, i.e., Maverick County, Texas.

> Respectfully submitted,
>
> **PAUL GARCIA & ASSOCIATES**
> 4801 N.W. Loop 410, Ste. 525
> San Antonio, Texas 78229
> Telephone: (210) 340-1818
> Fax: (210) 340-4073
> E-File Service: service@pgtxlaw.com
>
> ___*/s/ Paul Garcia*_____
> PAUL GARCIA
> State Bar No. 00798199
> pgarcia@pgtxlaw.com
> KRISHNA REDDY
> State Bar No. 24065954
> kreddy@pgtxlaw.com
> **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing pleading was forwarded to all counsel of record in accordance with the Federal and Texas Rules of Civil Procedure on 17th day of March, 2017 to:

Alex Aguirre
Andrea DeLaGarza
THE AGUIRRE LAW FIRM
2632 Broadway, Suite 302 South
San Antonio, Texas 78215
***Served Via Email:*** aaguirre@aguirrelawpllc.com and adelagarza@aguirrelawpllc.com

                                    ***/s/ Paul Garcia***
                                    PAUL GARCIA