AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas



FILED
JAN 23 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

DORA CARDENAS,
Plaintiff,

V.

WAL-MART STORES TEXAS, LLC, ET AL,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-17-CV-14-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the motion is GRANTED. Accordingly, all claims against the Defendants Wal-Mart Stores, Inc., Wal-Mart Real Estate Business Trust, and Wal-Mart Stores Texas, LLC are DISMISSED WITH PREJUDICE.

| 01/23/2018 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |